**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-2736**

---

DERNECK L. PITTMAN,

Plaintiff - Appellant,

versus

DENNIS HARDEE; ROYCE DAVIS; ELKAY SOUTHERN,
INCORPORATED,

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern District of North Carolina, at Wilmington.  James C. Fox, District Judge.  (CA-97-19-F)

---

Submitted:  May 14, 1998          Decided:  May 21, 1998

---

Before WIDENER and MICHAEL, Circuit Judges, and BUTZNER, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Derneck L. Pittman, Appellant Pro Se.  John S. Burgin, OGLETREE, DEAKINS, NASH, SMOAK & STEWART, Raleigh, North Carolina; Tracey Lynne Truesdale, MURPHY, SMITH & POLK, Chicago, Illinois, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

   Appellant appeals the district court's order dismissing his employment discrimination action. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Pittman v. Hardee</u>, No. CA-97-19-F (E.D.N.C. Nov. 14, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>